IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MARK ANTHONY THARPE
REG. #59466-180                                                                                          PETITIONER

VS.                              2:06CV00076 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                          RESPONDENT

**JUDGMENT**

Consistent with the Memorandum Order that was entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED THAT the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1) is DISMISSED, AS MOOT. This dismissal is without prejudice to Petitioner's ability to refile this action in the event Respondent does not comply with the representations she has made herein.

Dated this 29th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE